IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD L. TUBBS,                            ) | No. C 11-0033 LHK (PR) |
|                     )  | |
| Plaintiff,                            ) | JUDGMENT |
|                     )  | |
| v.                            ) | |
|                     )  | |
| SAN FRANCISCO PUBLIC WORKS  ) | |
| DEPT, et al.,                            ) | |
|                     )  | |
| Defendants.                            ) | |

The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED:   3/2/11

_____
LUCY H. KOH
United States District Judge

P:\PRO-SE\SJ.LHK\CR.11\Tubbs033jud.wpd